<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6505**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ANDRE SHAWN GREEN, a/k/a Andre Greene, a/k/a Dre

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Margaret B. Seymour, Chief District Judge. (5:08-cr-00944-MBS-10)

Submitted:  April 26, 2012                    Decided:  May 1, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Shawn Green, Appellant Pro Se. Stanley Duane Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Shawn Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Green, No. 5:08-cr-00944-MBS-10 (D.S.C. Feb. 28, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED